UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>             Plaintiff,<br><br>        v.<br><br>D. NEVE,<br><br>             Defendant. | Case No. 1:19-cv-01338-AWI-JLT (PC)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK OF COURT TO FILE MOTION IN CASE NO. 1:18-CV-00080-KJM-DB**<br><br>(Docs. 16, 18) |

On June 19, 2020, Plaintiff filed a motion for an "emergency injunction; restraining order." (Doc. 16.) On June 22, 2020, the Court issued findings and recommendations to deny the motion because it is unrelated to the claims in Plaintiff's complaint. (Doc. 18.)

On July 31, 2020, Plaintiff filed objections to the findings and recommendations. (Doc. 22.) In his objections, Plaintiff states that the court "err[ed] in combining" his motion with this case, and that the court "shouldn't have assign[ed]" the case number for this action to the motion. (*Id.* at 1.) Plaintiff states that the motion is related to the claims in *Harris v. Sexton, et al.*, No. 1:18-cv-00080-KJM-DB (E.D. Cal.). (*Id.*) The Court notes that the Proof of Service attached to the motion indicates that Plaintiff intended to send the motion to the Sacramento Division of the Eastern District of California. (Doc. 16 at 6.)

///

///

Accordingly, the Court WITHDRAWS the findings and recommendations (Doc. 18) and DIRECTS the Clerk of the Court to (1) file Plaintiff's motion (Doc. 16) in case no. 1:18-cv-00080-KJM-DB and (2) terminate the motion in this case.

IT IS SO ORDERED.

Dated: __August 3, 2020__       /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE