1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11    EARNEST S. HARRIS,                              Case No. 1:19-cv-01338-AWI-JLT (PC)

12                        Plaintiff,                  **ORDER DENYING PLAINTIFF'S MOTION
                                                      FOR SERVICE OF SUBPOENA**
13             v.
                                                      (Doc. 53)
14    D. NEVE,

15                        Defendant.

16

17         Plaintiff has filed a subpoena *deuces tecum* with the Court. (Doc. 53.) The Court construes

18    the filing as a request to have the subpoena served on Defendant.

19         Plaintiff is entitled to the issuance of subpoenas commanding the production of

20    documents, electronically stored information, or tangible things from non-parties. Fed. R. Civ. P.

21    45(a). In addition, because he is proceeding *in forma pauperis*, Plaintiff is entitled to service of

22    completed subpoenas by the United States Marshal Service. *See* 28 U.S.C. 1915(d). However, the

23    Court will grant requests for subpoenas commanding the production of documents, electronically

24    stored information, or tangible things from non-parties only if these items are not equally

25    available to Plaintiff and not obtainable from Defendant through a request for production. *See*

26    Fed. R. Civ. P. 34. As stated in the Court's First Informational Order, discovery requests on a

27    defendant, such as a request for production of documents, must be served directly on the attorney

28    for the defendant. (Doc. 3 at 4.)

1    In his subpoena, Plaintiff requests documents from Defendant. Plaintiff has not

2  demonstrated that he made a request to Defendant for production of the documents, that the

3  documents are in the possession of a non-party, or that Plaintiff is entitled to the documents.

4  Accordingly, Plaintiff's request to have the subpoena served on Defendant by the U.S. Marshal,

5  to the extent Plaintiff makes such request, is DENIED.

6
7  IT IS SO ORDERED.

8    Dated:   **August 31, 2021**    _____ **/s/ Jennifer L. Thurston**
          CHIEF UNITED STATES MAGISTRATE JUDGE