UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. NEVE,<br><br>        Defendant. | Case No. 1:19-cv-01338-AWI-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SERVICE OF SUBPOENA**<br><br>(Doc. 56) |

On August 27, 2021, Plaintiff filed a subpoena *deuces tecum*, (Doc. 53), which the Court construed as a request to have the subpoena served by the U.S. Marshal Service, (Doc. 54). On August 31, 2021, the Court denied the request because Plaintiff had not "demonstrated that he [had] made a request to Defendant for production of the documents [he sought,] that the documents [we]re in the possession of a non-party, or that Plaintiff [wa]s entitled to the documents." (Doc. 54 at 2.)

On September 20, 2021, Plaintiff filed a second subpoena *deuces tecem*. (Doc. 56.) Plaintiff attaches to the subpoena Defendant's responses to his first set of requests for production of documents. (*Id.* at 3-6.) However, Plaintiff again fails to show that the documents he seeks are in the possession of a non-party or that he is entitled to the documents.[1] Accordingly, the Court

---

[1] It appears that documents Plaintiff seeks are in the possession of Defendant and that Plaintiff wishes to subpoena Defendant's counsel to compel production of the documents. The Court notes that a discovery dispute with Defendant concerning a request for production may not be resolved by filing a separate subpoena with the Court.

1  DENIES Plaintiff's second request for service of a subpoena (Doc. 56). Plaintiff should not file
2  another subpoena with the Court, unless he includes with it a proper motion that makes the
3  showing described in the Court's August 31, 2021 order.

IT IS SO ORDERED.

    Dated: __September 21, 2021__           __/s/ Jennifer L. Thurston__
                                                                           CHIEF UNITED STATES MAGISTRATE JUDGE