UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>D. NEVE,<br><br>   Defendant. | No. 1:19-cv-01338-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 55) |

    Plaintiff Earnest S. Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 8, 2021, the assigned magistrate judge filed findings and recommendations, finding that Plaintiff's third amended complaint (Doc. No. 51) states cognizable claims of retaliation and excessive force, but that its remaining claims are not cognizable. Doc. No. 55. Given that plaintiff had received three opportunities to amend his complaint, the magistrate judge found that further amendment would be futile. Id. at 7. The judge therefore recommended that the claims in Plaintiff's third amended complaint be dismissed, except for its claims of retaliation and excessive force. Id. The findings and recommendations were served on Plaintiff and provided him 21 days to file objections thereto. Id. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 8, 2021 (Doc. No. 55) are ADOPTED in full;
2. The claims in Plaintiff's third amended complaint are DISMISSED, except for its claims of retaliation and excessive force, pursuant to 42 U.S.C. § 1983;
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 14, 2021                                        _____
                                                                                SENIOR DISTRICT JUDGE